FILED'06 FEB 01 14:49USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SHERMAN BURLESON,  Civ. No. 03-1496-TC
                                           O R D E R

    Petitioner,

    vs.

JEAN HILL,

    Respondent.

---

AIKEN, Judge:

    Magistrate Judge Coffin filed his Findings and Recommendation on December 9, 2005. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When a party objects to any portion of the Magistrate's Findings and Recommendation, the district court must make a _de novo_ determination of that portion of the Magistrate's report. 28 U.S.C. § 636(b)(1)(B); <u>McDonnell Douglas Corp. v. Commodore Business Machines</u>, 656 F.2d 1309, 1313 (9th Cir. 1981), <u>cert. denied</u>, 455 U.S. 920 (1982).

    Petitioner has timely filed objections. I have, therefore, given the file of this case a _de novo_ review. I ADOPT the Magistrate's Findings and Recommendation (doc. 40) that petitioner's habeas corpus petitioner is dismissed.

1 - ORDER

1    IT IS SO ORDERED.
2        Dated this 31 day of January 2006.
3
4
5
6                                    _____
                                     Ann Aiken
7                                    United States District Judge
8

2 - ORDER